Tomas Subirana v. Louis De L'Aigle Munds and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 956.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Thedina S. Lindemann v. Roland Lindemann.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of Bernson Silk Mills, Inc., against M. S. Siegel & Company, Inc., for an Order Confirming a Certain Award of Arbitrators Dated July 21, 1938.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of George W. Thompson against The Board of Elections of the City of New York and Edwin Corr, Objector, for an Order Declaring Valid, etc., Designating Petition Designating Persons as Members of the County Committee of the Twelfth Assembly District, etc.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 1067.] Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, First Avenue, East 125th Street and Harlem River, Borough of Manhattan, City of New York, Duly Selected as a Site by the Triborough Bridge Authority for an Additional Approach to the Triborough Bridge, etc. Blue Ridge Coal Corp. v. City of New York.— Motion by Blue Ridge Coal Corp. for leave to appeal to the Court of Appeals denied. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, First Avenue, East 125th Street and Harlem River, Borough of Manhattan, City of New York, Duly Selected as a Site by the Triborough Bridge Authority for an Additional Approach to the Triborough Bridge, etc. Blue Ridge Coal Corp. v. City of New York.— Motion by F. J. Kerner Coal Co., Inc., for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

## (October 11, 1939.)

In the Matter of the Application of Sanford Waters, Petitioner, Appellant, for an Order against S. Howard Cohen and Others, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of Cleveland Williams, Petitioner, Appellant, against Marie Shavers and Others, Respondents, for an Order to Review the Action of the Inspectors of the Primary Election of the 25th Election District of the 17th Assembly District, West Side, New York County, in the Conduct of the Election and the Canvassing of the Vote Cast at the Primary Election Held September 19th, 1939, for County Committee, etc. In the Matter of the Application of Pope Thymblie, Petitioner, Appellant, against Rita MacPherson and Others, Respondents, re 33rd Election District of the 17th Assembly District.— Orders unanimously reversed and motions granted to the extent of directing a re-examination and recanvass of the votes in the 25th, 33rd and 34th election